IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
**Judge Wiley Y. Daniel**

Civil Action No.  05-cv-00214-WYD-CBS

CAROLYN MAY,

     Plaintiff(s),

v.

TRAVELERS PROPERTY CASUALTY COMPANY OF AMERICA, a Connecticut corporation, f/k/a THE TRAVELERS INDEMNITY COMPANY OF ILLINOIS,

     Defendant(s).

## MINUTE ORDER

ORDER ENTERED BY JUDGE WILEY Y. DANIEL

     Defendant Travelers Property Casualty Company's Motion for Leave to Supplement its Reply Supporting Motion for Summary Judgment (Opposed), filed January 29, 2006, is **GRANTED**.

     Dated:  January 30, 2006

                                              s/ Michelle M. Merz
                                              Law Clerk to
                                              Wiley Y. Daniel
                                              U. S. District Judge