IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
**Magistrate Judge Craig B. Shaffer**

Civil Action No. 05-cv-00214-WYD-CBS

CAROLYN MAY,

    Plaintiff,

v.

TRAVELERS PROPERTY CASUALTY COMPANY OF AMERICA, F/K/A
THE TRAVELERS INDEMNITY COMPANY OF ILLINOIS,

    Defendant.

## MINUTE ORDER

**ORDER ENTERED BY MAGISTRATE JUDGE CRAIG B. SHAFFER**

    THIS MATTER comes before the court on parties' Joint Motion to Modify Scheduling Order (filed January 11, 2006; *doc. no. 28*). Pursuant to the memoranda dated February 10, 2006 (*doc. no. 34*) the motion has been referred to the magistrate judge for consideration. It is therefore

    **ORDERED** that the instant motion is **GRANTED**. The deadline for completion of discovery is extended to **February 15, 2006**. *All deadlines previously set by this Court, not modified herein, remain in effect.*

**DATED:**    February 14, 2006