IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
**Judge Wiley Y. Daniel**

Civil Action No.  05-cv-00214-WYD-CBS

CAROLYN MAY,

    Plaintiff(s),

v.

TRAVELERS PROPERTY CASUALTY COMPANY OF AMERICA, a Connecticut corporation, f/k/a THE TRAVELERS INDEMNITY COMPANY OF ILLINOIS,

    Defendant(s).

## MINUTE ORDER

ORDER ENTERED BY JUDGE WILEY Y. DANIEL

    Defendant Travelers Property Casualty Company's Second Motion for Leave to Supplement its Reply Supporting Motion for Summary Judgment (Unopposed), filed March 13, 2006, is **GRANTED**.  Defendant's Supplemental Reply Brief, filed March 13, 2006, is accepted for filing.

    Dated:  March 13, 2006

                                         s/ Michelle M. Merz
                                         Law Clerk to
                                         Wiley Y. Daniel
                                         U. S. District Judge