IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
**Judge Wiley Y. Daniel**

Civil Action No.  05-cv-00214-WYD-CBS

CAROLYN MAY,

    Plaintiff(s),

v.

TRAVELERS PROPERTY CASUALTY COMPANY OF AMERICA, a Connecticut corporation, f/k/a THE TRAVELERS INDEMNITY COMPANY OF ILLINOIS,

    Defendant(s).

### MINUTE ORDER

ORDER ENTERED BY JUDGE WILEY Y. DANIEL

    Plaintiff's Unopposed Motion for Leave to Respond to Defendant's Second Supplemental Reply Brief, filed March 17, 2006, is **GRANTED**.

    Dated:  March 17, 2006

                              s/ Michelle M. Merz
                              Law Clerk to
                              Wiley Y. Daniel
                              U. S. District Judge