IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
**Magistrate Judge Craig B. Shaffer**

Civil Action No. 05-cv-00214-WYD-CBS

CAROLYN MAY,

   Plaintiff,

v.

TRAVELERS PROPERTY CASUALTY COMPANY OF AMERICA, F/K/A
THE TRAVELERS INDEMNITY COMPANY OF ILLINOIS,

   Defendant.

**MINUTE ORDER**

**ORDER ENTERED BY MAGISTRATE JUDGE CRAIG B. SHAFFER**

   IT IS HEREBY ORDERED that Plaintiff's Unopposed Motion to Amend Pretrial Order (*doc. no. 78)* is **GRANTED**.  The Final Pretrial Order (*doc. no. 63)* is amended to reflect that the following:

*Plaintiff's will call expert witness*

Doris J. Shriver, OTR, FAOTA, CLCP,
O.T. Resources, Inc.
4155 Jewell Ave., Ste. 907
Denver, CO 80222
(303) 691-0050

**DATED:**      October 6, 2006